NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELEVEN ENGINEERING, INC., ELEVEN ENGINEERING GAME CONTROL LLC,**
*Plaintiffs-Appellants*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Cross-Appellant*

---

2016-2439, 2016-2489

---

Appeals from the United States District Court for the District of Delaware in No. 1:09-cv-00903-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

BRIAN ERIK HAAN, Lee Sheikh Megley & Haan LLC, Chicago, IL, argued for plaintiffs-appellants. Also represented by CHRISTOPHER LEE, ASHLEY E. LAVALLEY, RICHARD BURNS MEGLEY, JR.

JOHN WINSTON THORNBURGH, Fish & Richardson, P.C., San Diego, CA, argued for defendant-cross-appellant. Also represented by PROSHANTO MUKHERJI,

Boston, MA; ISABELLA FU, Microsoft Corporation, Redmond, WA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  July 19, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |